A89A1627. McDANIEL et al. v. HENDRIX et al.
(406 SE2d 142)

COOPER, Judge.

This court having entered on February 28, 1990, a judgment in the above-styled case, 195 Ga. App. 252 (393 SE2d 4) (1990), affirming the judgment of the trial court; and the judgment of this court having been reversed by the Supreme Court in *McDaniel v. Hendrix*, 260 Ga. 857 (401 SE2d 260) (1991), the judgment heretofore rendered by this court is vacated, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Sognier, C. J., McMurray, P. J., Banke, P. J., Birdsong, P. J., Carley, Pope, Beasley and Andrews, JJ., concur.*

DECIDED APRIL 16, 1991.

*Bedford, Kirschner & Venker, Andrew R. Kirschner, Thomas J. Venker, E. Graydon Shuford & Associates, E. Graydon Shuford*, for appellants.
*Allen & Ballard, Hunter S. Allen, Jr., Dennis A. Elisco, Long, Weinberg, Ansley & Wheeler, Robert G. Tanner*, for appellees.